ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

ECHOSTAR TECHNOLOGIES
CORPORATION

                     Plaintiff,

-against-

GERALD FOURNIER;

                     Defendants.

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**
Civil Action No. CA 04-0903-KAJ
Hon. Kent A. Jordan

**PLEASE TAKE NOTICE THAT** Plaintiff **ECHOSTAR TECHNOLOGIES CORPORATION** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

    This is based upon a settlement made between Plaintiff and the above referenced Defendant, wherein Defendant will pay a certain consideration over a period of time not to exceed March 21, 2005. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 4, 2005
      Ellenville, New York

                          ECHOSTAR TECHNOLOGIES CORPORATION
                          By:_____
                              Julie Cohen Lonstein, Esq.
                              LONSTEIN LAW OFFICE, P.C.
                              *Attorneys for Plaintiff*
                              Office & P.O. Address
                              1 Terrace Hill: P.O. Box 351
                              Ellenville, New York 12428
                              Tel: (845) 647-8500
                              Our File No. ECT-10DE-01

                                                  Dennis Bruce Phifer, Esq.
                                                  DE Bar ID No. __2770__
                                                  1500 Shallcross Avenue
                                                  Second Floor, Suite 2B
                                                  Wilmington, DE 19806
                                                  Tel (302) 651-7999

**SO ORDERED** this ____ day of _____, 2005

_____
**HON. KENT A. JORDAN**
**UNITED STATES DISTRICT JUDGE**